IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES HOWARD GRAY                                                             PLAINTIFF

V.                                                CIVIL ACTION NO. 3:23-cv-98-CWR-ASH

MISSISSIPPI DEPARTMENT OF CORRECTIONS,
COMMISSIONER BURL CAIN,
WENDY ARRINGTON, MDOC Field Office Supervisor-
Probation & Parole Office;
CEDRIC JENKINS, former MDOC Probation & Parole
Field Officer;
and MICHAEL HOLIFIELD, former Deputy Sheriff
for Scott County, Mississippi                                                 DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court sua sponte. Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED AND ADJUDGED this the 6th day of September, 2024.

                                                    s/ Carlton W. Reeves
                                                    UNITED STATES DISTRICT JUDGE